Zach Berne, ABA No. 1311098
Lanning M. Trueb, ABA No. 8911083
330 L Street, Suite 101
Anchorage, AK 99501
Phone: (907) 277-0161
Email: zberne@tbmaritimegroup.com
Email: Ltrueb@tbmaritimegroup.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ROBERT MAXWELL,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT WIESE, *in personam*; and the F/V REBEL, AK hull no. AK4584AM, her engine, tackle, gear, apparel, furniture, and equipment, *in rem*,<br><br>                Defendants. | Case No. 3:22-cv-00254-MJP<br><br>[*PROPOSED*] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED that Plaintiff Robert Maxwell's claims against Defendants Robert Wiese, *in personam*, and the F/V REBEL, AK hull no. AK4584AM, her engine, tackle, gear, apparel, furniture, and equipment, *in rem*, in this action are dismissed with prejudice and without fees or costs to any party.

Dated January 22, 2025

*(signature)*

Marsha J. Pechman
United States Senior District Judge*

*sitting by designation

[*Proposed*] Order re Dismissal
*Maxwell v. Wiese et al*/Case No. 3:22-cv-00254-MJP                                                             Page 1 of 2